# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bruce Freeman, | ) | |
| | ) | **ORDER TO FILE DISCOVERY** |
| Plaintiff, | ) | **MOTION** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:17-cv-214 |
| Amanda Rost et al, | ) | |
| | ) | |
| Defendant. | ) | |

Defendants have fulfilled their obligation to contact the court to request a telephonic conference pursuant to D.N.D. Civ. L.R. 37.1 regarding their discovery dispute with Mr. Freeman. Given Mr. Freeman's current incarceration the court does not require a telephonic conference on this issue and Defendants obligation under D.N.D. Civ. L.R. 37.(A) is deemed fulfilled. Defendants can proceed with filing their discovery motion.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2018.

>                         */s/ Charles S. Miller, Jr.*
>                         Charles S. Miller, Jr., Magistrate Judge
>                         United States District Court